# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FRANCISCO JAVIER MILLAN-SOLORZANO,

                Petitioner,

   v.

NATHALIE J. ASHER,

                Respondent.

Case No. C10-1888-TSZ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss, Dkt. No. 14, is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 24th day of May, 2011.

                                                /s/ Thomas S. Zilly
                                                Thomas S. Zilly
                                                United States District Judge